UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHIE ACCIME,** | ) |
| Plaintiff(s), | ) |
| v. | ) Civil Action No.<br>) 20-11467-FDS |
| **MASSACHUSETTS STATE POLICE OFFICER, et al** | ) |
| Defendant(s). | ) |

# ORDER OF DISMISSAL

**SAYLOR, C.J.**

In accordance with the Court's Order issued on August 12, 2020, defendant, having failed to pay the $400 filing fee or submit a satisfactory Application within 21 days, it is hereby ORDERED that the above-entitled action be dismissed, without prejudice.

**So Ordered.**

Dated: September 14, 2020

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court